JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| HERO NUTRITIONALS LLC, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NUTRACEUTICAL CORPORATION, a Delaware corporation; NUTRAMARKS, INC., <br><br> Defendants. | Case No. 8:11-CV-01195-AG-MLG <br><br> **JUDGMENT** |

THIS MATTER having been tried to the Court on January 15 and 16, 2013, on Plaintiff Hero Nutritionals LLC's claims against defendants Nutraceutical Corporation and NutraMarks, Inc., and the Court having issued its Findings of Fact and Conclusions of Law that Plaintiff has failed to establish its claims for (1) trademark infringement in violation of 15 U.S.C. § 1114(1); (2) unfair competition in violation of 15 U.S.C. § 1125(a); (3) unfair competition under California Business & Professions Code § 17200 *et seq*; (4) constructive trust, and (5) accounting;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment

//
//

is entered in favor of the Defendants Nutraceutical Corporation and NutraMarks, Inc., and against Plaintiff Hero Nutritionals LLC.

Dated: 6th day of September, 2013

_____
Andrew J. Guilford
United States District Judge

6366461_1